92 A.3d 808

Roy ROBINSON, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA., Respondent.

No. 39 EM 2014.

Supreme Court of Pennsylvania.

May 29, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is DE-NIED.